ISAAC BERNHEIMER, RESPONDENT, *v.* EZRA F. TUT-
HILL, APPELLANT, IMPLEADED, &C.

Part of judgment appealed from affirmed, with costs.

Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

---

JOHN S. LEESE, RESPONDENT, *v.* HENRY HEINS, AP-
PELLANT.

Judgment affirmed, with costs.

Opinion by BARNARD, P. J.

---

WILLIAM A. COIT, APPELLANT, *v.* EMILY L. GRAY, RE-
SPONDENT.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.; GILBERT, J., not sitting.

---

JACOB RANDOLPH, RESPONDENT, *v.* CORNELIUS BERGEN
AND ANNA MARIA BERGEN, APPELLANTS.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

---

JAMES R. SMITH, APPELLANT, *v.* ANNIE F. TRUSLOW
AND OTHERS, AS EXECUTORS, &C., RESPONDENTS.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.; GILBERT, J., not sitting.

---

CORNELIA L. BENNETT, RESPONDENT, *v.* JOHN DALY,
APPELLANT.

Judgment and order denying new trial affirmed, with costs.

Opinion by GILBERT, J.

---

JULIA CASSIDY, RESPONDENT, *v.* JOHN DALY, APPELLANT.

Judgment and order denying new trial affirmed, with costs.

Opinion by DYKMAN, J.; GILBERT, J., dissenting, and opinion
by him.